UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**SAMANTHA STUCKEY,**
    **Plaintiff,**

    **v.**                                                                                  **Civil Action No. 1:17-cv-10682-IT**

**COMMONWEALTH OF MASSACHUSETTS,**
    **Defendant.**

## SETTLEMENT ORDER OF DISMISSAL

TALWANI, D.J.

The Court having been advised on April 19, 2019, that the above-entitled action has been settled;

IT IS ORDERED that the action against defendants is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within forty-five (45) days if settlement is not consummated.

By the Court,

**Dated:  May 20, 2019**                                                         **/s/Gail A. Marchione,**
                                                                                                **Courtroom Deputy Clerk**